UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RYAN V. HARRIS (#391818)

VERSUS

LOUISIANA DEPARTMENT OF
CORRECTION & PUBLIC SAFETY

CIVIL ACTION

NO. 14-800-SDD-SCR

### RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated February 11, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiff's *Motion to Amend and Modify*[4] will be treated as an *Amended Complaint*. Further, the Plaintiff's *Complaint*[5], as amended, shall be dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i) without leave to further amend the complaint and this action is dismissed.

Baton Rouge, Louisiana the 10 day of March, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 7.
[3] Rec. Doc. 8.
[4] Rec. Doc. 5.
[5] Rec. Doc. 1.